**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 838 MAL 2016

                Respondent        :   Petition for Allowance of Appeal from
                                      :   the Order of the Superior Court

                         v.            :

BRANDON T. SCHONFELD,         :

                Petitioner         :

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of April, 2017, the Petition for Allowance of Appeal is **DENIED**.